IN RE TRUST OF HALL

[Cite as In re Trust of Hall (1987), 34 Ohio St. 3d 47.]

(Nos. 87-322 and 87-332—Decided December 16, 1987.)

*Carlile, Patchen, Murphy & Allison, Alan F. Berliner, Robert B. Barnett, Jr., McGrath, North, O'Malley & Kratz, P.C., John E. North* and *Thomas C. McGowan,* for appellant Marjorie C. Witherspoon.

*Chester, Hoffman & Willcox, Roderick H. Willcox, J. Anthony Kington* and *Donald C. Brey,* for appellant Huntington National Bank.

*Kagay, Albert & Diehl* and *Robert H. Albert,* for appellees Leo E. Hall, Executor, et al.

This cause (court of appeals Nos. 86AP-638 and 86AP-646) is reversed and remanded to the probate court for the reason that there was no final appealable order before the court of appeals. (R.C. 2505.02.)

SWEENEY, Acting C.J., KERNS, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, J., sitting for MOYER, C.J.

KERNS, J., of the Second Appellate District, sitting for SWEENEY, J.